IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRANK J. LAWRENCE, JR.   )
)
   Plaintiff,   )
)
   v.   CASE NUMBER 1:07CV00288

MARK S. CARLIN, ET. AL.,   JUDGE: Royce C. Lamberth

   Defendants.   DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/?/2007

## PLAINTIFF'S MOTION FOR CM/ECF PASSWORD

**NOW COMES** Plaintiff, Frank J. Lawrence, Jr., and pursuant to District of Columbia LCvR 5.4(b)(2), he hereby requests a CM/ECF Password. In support of Plaintiff's request, he states the following:

1. Plaintiff is a graduate of an accredited Michigan law school, he possesses a *Juris Doctor* degree and he passed the July, 2006, District of Columbia Bar Examination. This lawsuit seeks, *inter alia*, declaratory relief that the Defendants have refused, for unconstitutional reasons, to further process Plaintiff's application for a license to practice law.

2. Plaintiff has extensive experience with the CM/ECF system because he regularly assists federal practitioners who file documents with that system. In fact, Plaintiff recently trained two Michigan attorneys on the use of the federal CM/ECF system.

3. Plaintiff has reliable internet access, he has a reliable e-mail address, and he hereby confirms his capacity to file documents and receive the filings of other parties electronically on a regular basis.

4.    If leave is granted in this matter, it will save the parties the costs and resources that are generally associated with filing and serving documents by regular mail. It will also enable the parties to receive and respond to pleadings and other litigation papers on an expedited basis.

**WHEREFORE**, Plaintiff prays for an Order from this Court that grants Plaintiff's motion for a CM/ECF password.

Dated: February 5, 2007                                       Respectfully submitted:

*[signature]*
Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304
(248) 722-2560