UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK J. LAWRENCE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00288 (RCL) |
| ) | |
| MARK S. CARLIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO RESPOND

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the defendants hereby move this Honorable Court to enlarge their time to respond in this matter.[1] Defendants' Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), the undersigned counsel discussed the relief requested herein with plaintiff *pro se*, who consented to the relief requested herein.

WHEREFORE, the defendants respectfully request that this Honorable Court:

A. Grant the defendants' Consent Motion to Enlarge Time to Respond, and

B. Grant the defendants such other and further relief as the nature of their cause may require.

DATE: March 6, 2007                         Respectfully submitted,

                                            LINDA SINGER
                                            Acting Attorney General for the District of Columbia

---

[1] The identities of all named defendants are not currently known. The undersigned here explicitly reserves the right to represent the unknown defendants to the extent they are District of Columbia employees and/or were acting as officials of the District.

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/ Ellen A. Efros_____
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


_____/s/ Andrew J. Saindon_____
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK J. LAWRENCE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00288 (RCL) |
| ) | |
| MARK S. CARLIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
DEFENDANTS' CONSENT MOTION TO
ENLARGE TIME TO RESPOND

Defendants, by and through undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support of their Consent Motion To Enlarge Time to Respond, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). A proposed Order is attached hereto.

In support of the instant consent motion, and for its good cause shown, the defendants state as follows:

1. The Complaint was filed on February 7, 2007.

2. The Complaint was served on defendant Carlin on or about February 15, 2007.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant Carlin's response is thus due on or before March 7, 2007.

4. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

5. For their good cause shown, the defendants state that the matter was referred from the District of Columbia Court of Appeals, requesting representation on February 22, 2007.

6. This enlargement is not sought for any improper purpose, but to insure that the defendants are able to investigate the factual allegations here and prepare an adequate submission for the Court. Moreover, the *pro se* plaintiff has consented to the relief requested herein.

Based on the above, the defendants respectfully request that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for their response to March 21, 2007.

DATE: March 6, 2007                    Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


          /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


          /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANK J. LAWRENCE, JR., )
                        )
         Plaintiff,     )
                        )
    v.                  )   Civil Action No. 07-00288 (RCL)
                        )
MARK S. CARLIN, *et al.*, )
                        )
         Defendants.    )

ORDER

Upon consideration of the Defendants' Consent Motion to Enlarge Time to Respond, the Memorandum of Points and Authorities in Support thereof, the *pro se* plaintiff's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendants' Consent Motion to Enlarge Time to Respond be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the defendants' response(s) are due no later than March 21, 2007.

SO ORDERED.

DATE: _____          _____
                                      ROYCE C. LAMBERTH
                                      United States District Judge