AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANK J. LAWRENCE, JR.

**SUMMONS IN A CIVIL CASE**

V.

MARK S. CARLIN, ET. AL.

CASE NUMBER 1:07CV00288

CAS JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employn

DATE STAMP: 02/7/2007

TO: (Name and address of Defendant)

ALAN H. KENT, in his individual capacity,
1747 Pennsylvania Avenue, N.W., Ste. 300
Washington, D.C., 20006

**RECEIVED**

MAR 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~~~ (name and address)

Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304
(248) 722-2560

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    FEB - 7 2007

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 2/16/07 |
| NAME OF SERVER *(PRINT)* Frank Lawrence via U.S Postal Service | TITLE Certified Mail, Restricted Delivery |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1747 Pennsylvania Ave, N.W. Washington D.C, 2006 (Certified Mail, Restricted Delivery)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $ 12.75 | TOTAL $ 12.75 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/07
                  Date

Signature of Server: *Frank Lawrence*

Address of Server: 941 Westview Rd, Bloomfield Hills, Michigan, 48304

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 1160 0000 5620 8179

WASHINGTON DC 20006

| | | |
|---|---|---|
| Postage | $ | $4.80 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $3.70 |
| Total Postage & Fees | $ | $12.75 |

Postmark: STERLING HTS MI 48312, FEB 12 2007, USPS, 02/12/2007

Sent To: Alan H. Kent
Street, Apt. No.; or PO Box No.: 1747 Pennsylvania Ave., NW Ste. 300
City, State, ZIP+4: Washington, D.C. 20006

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alan H. Kent
Tighe, Patton, Armstrong, PLLC
1747 Pennsylvania Ave, NW
Suite 300
Washington, D.C. 20006

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 2-16-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7005 1160 0000 5620 8179

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540