AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FRANK J. LAWRENCE, JR.

**SUMMONS IN A CIVIL CASE**

V.

MARK S. CARLIN, ET. AL.

CASE NUMBER  1:07CV00288

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/7/2007

TO: (Name and address of Defendant)

MARK S. CARLIN, in his official capacity as
Chairman of the Committee on Admissions,
1900 M St., N.W., Ste. 601
Washington, D.C., 20036-3519

**RECEIVED**

MAR 9 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~~~ pro se (name and address)

Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304
(248) 722-2560

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             FEB - 7 2007
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/15/07 |
| NAME OF SERVER (PRINT) Frank Laurence via US Postal Service | TITLE Certified Mail Restricted Delivery |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1900 M. Street N.W, Ste 601, Washington D.C. 20036 - 3579, Certified Mail, Restricted Delivery

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $12.75 | TOTAL $12.75 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/07
             Date

Signature of Server: *Frank Laurence*

Address of Server: 941 Westview Rd, Bloomfield Hills, MI 48304

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7005 1160 0000 5620 8186

WASHINGTON DC 20036

| | | |
|---|---|---|
| Postage | $ | $4.80 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $3.70 |
| Total Postage & Fees | $ | $12.75 |

Postmark: STERLING HTS MI 48312, FEB 12 2007

Sent To: Mark S. Carlin
Street, Apt. No.; or PO Box No.: 1900 M. St. NW Ste 601
City, State, ZIP+4: Washington D.C. 20036-3519

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark S. Carlin
Ain and Bank, P.C.
1900 M. Street NW Ste 601
Washington, D.C. 20036-3519

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MARK S. CARLIN
C. Date of Delivery: 2/15/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7005 1160 0000 5620 8186

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540