UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK J. LAWRENCE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-00288 (RCL) |
| ) | |
| MARK S. CARLIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' NOTICE OF FILING

The Clerk shall please note that the Memorandum of Points and Authorities accompanying the defendants' Motion to Dismiss, filed today, also serves as defendants' Opposition to plaintiff's Motion for Preliminary Injunction, pursuant to LCvR 65.1(c).

DATE: March 27, 2007        Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

                    Telephone: (202) 724-6643
                    Facsimile: (202) 727-0431
                    andy.saindon@dc.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 27, 2007, copies of the foregoing Notice of Filing were filed with the Court's Electronic Case Filing system, sent electronically to flawrence1@hotmail.com, and sent by U.S. Mail, first-class, postage-prepaid, to:

Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304

                    /s/ Andrew J. Saindon
                ANDREW J. SAINDON, D.C. Bar No. 456987