UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK J. LAWRENCE, JR.,**  )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-288 (RCL) |
| ) | |
| **MARK S. CARLIN,** *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of defendants' Consent Motion [3] to Enlarge Time to Respond, the memorandum in support thereof, the *pro se* plaintiff's consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED that the defendants' Consent Motion [3] to Enlarge Time to Respond is hereby GRANTED, *nunc pro tunc*, and it is further

ORDERED that the defendants' response(s) are due no later than March 21, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 2, 2007.