# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **FRANK J. LAWRENCE, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-288 (RCL)** |
| ) | |
| **MARK S. CARLIN,** *et al.*, ) | |
| ) | |
| **Defendant.** ) | |

_____)

## ORDER

Plaintiff's motion for a preliminary injunction [9] is DENIED for the reasons stated in open court.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 11, 2007.