UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANK J. LAWRENCE, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-00288 (RCL) |
| MARK S. CARLIN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

PRAECIPE

By *per curiam* Order dated July 12, 2007 (copy attached), the District of Columbia Court of Appeals denied plaintiff's petition for review and motion for expedited consideration in the matter captioned *In re Frank J. Lawrence, Jr.*, No. 07-BG-530.

DATE: July 16, 2007       Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

     /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

     /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643

- 2 -

Facsimile: (202) 727-0431
andy.saindon@dc.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 16, 2007, copies of the foregoing Praecipe and all accompanying documents were filed with the Court's Electronic Case Filing system, sent electronically to flawrence1@hotmail.com, and sent by U.S. Mail, first-class, postage-prepaid, to:

Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987

# District of Columbia
# Court of Appeals

No. 07-BG-530

IN RE: FRANK J. LAWRENCE, JR.
        Petitioner.

JUL 1 2 2007

BEFORE: Reid and Glickman, Associate Judges; and Pryor, Senior Judge.

## ORDER

On consideration of petitioner's petition for review, petitioner's motion for expedited consideration, the recommendation of the Committee on Admissions, and petitioner's reply thereto, it is

ORDERED that the petition for review is denied. It is

FURTHER ORDERED that petitioner's motion for expedited consideration is denied.

PER CURIAM.

Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304

Ms. Jacqueline Smith
Director
Committee on Admissions

Alan H. Kent, Esquire
Counsel
Committee on Admissions

Mark S. Carlin, Esquire
Chair
Committee on Admissions

emb