UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK J. LAWRENCE, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-288 (RCL) |
| ) | |
| **MARK S. CARLIN,** *et al.*, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## **ORDER**

Plaintiff's Motion for a CM/ECF password [2] is DENIED as moot.

SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, September 28, 2007.