UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FRANK J. LAWRENCE, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-288 (RCL) |
| **MARK S. CARLIN,** *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Upon full consideration of plaintiff's motion [2] for a CM/ECF password, it is hereby

ORDERED that the motion be GRANTED; it is further

ORDERED that this Court's order [30] dated September 28, 2007, denying plaintiff's motion is VACATED; it is further

ORDERED that this Court's CM/ECF coordinator, Joe Burgess, shall contact plaintiff to ensure that plaintiff receives appropriate information regarding use of the CM/ECF system and to ensure that this Court receives the necessary information from plaintiff to initiate a new CM/ECF account.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 1, 2007.