UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FRANK J. LAWRENCE, JR.

    Plaintiff,                                                                    Civil No.07-288-RCL

v.

MARK S. CARLIN, <u>ET</u>. <u>AL</u>.,

    Defendants.
_____/

**PRAECIPE**

The United States Court of Appeals for the Sixth Circuit has scheduled Appellant's appeal, <u>Lawrence v Berry</u>, 6th Cir. No. 07-1026, for oral argument on November 29, 2007 (copy attached).

Dated: October 23, 2007                                       Respectfully submitted:

                                                                            \_\_\_/s/Frank J. Lawrence, Jr._____
                                                                            Frank J. Lawrence, Jr.
                                                                             Plaintiff, <u>Pro</u> <u>Se</u>
                                                                             941 Westview Road
                                                                             Bloomfield Hills, MI  48304
                                                                             (248) 722-2560

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the Court's ECF electronic notice filing system, on October 23, 2007, sent a true and correct copy of the foregoing document to:

    1.    Andrew J. Saindon, at his CM/ECF designated e-mail address: andy.saindon@dc.gov;

Dated:  October 23, 2007                                Respectfully submitted:

                                                           ___/s/Frank J. Lawrence, Jr._____
                                                           Frank J. Lawrence, Jr.
                                                           Plaintiff, <u>Pro</u> <u>Se</u>
                                                           941 Westview Road
                                                           Bloomfield Hills, MI  48304
                                                           (248) 722-2560

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 4, 2007

**Notice of Oral Argument at 9:00 a.m. November 29, 2007**

Ms. Denise C. Barton
Michigan Department of Attorney General
Public Employment & Elections Division
P.O. Box 30736
Lansing, MI 48909-0000

Mr. Dennis B. Dubuc
Essex Park Law Office
12618 Ten Mile Road
South Lyon, MI 48178-0000

Mr. Richard C. Kraus
Smith, Haughey, Rice & Roegge
250 Monroe Avenue, N.W.
Suite 200 Calder Plaza Building
Grand Rapids, MI 49503-0000

      Re: No. 07-1026, *Lawrence v. Welch, et al*

Dear Counsel,

 Your case is scheduled for oral argument at **9:00 a.m. November 29, 2007** before a three-judge panel of the Sixth Circuit in Cincinnati, Ohio. You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

 The enclosed Oral Argument Acknowledgment form must be faxed to the Clerk's office at **(513) 564-7099 by October 18, 2007** or returned by mail using the address on the form. The Acknowledgment form is also available on the web site.

 If you are appointed under the Criminal Justice Act, specific arrangements for your travel are set forth in the enclosed Travel Authorization. If you choose to make travel arrangements outside

the purview of National Travel Service, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

On the day of oral argument, please report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, at the corner of 5th and Main Streets in Cincinnati no later than **30 minutes prior to argument**. Use the bank of elevators on the Main Street side of the courthouse. Court will convene promptly. Oral argument is limited to 15 Minutes for plaintiff and 15 Minutes to be shared by defendants, unless expanded by the Court, at the hearing, or by granting a motion by counsel prior to the hearing. You should also be aware that in appropriate cases, the Court may issue a decision from the bench at the conclusion of argument, pursuant to Sixth Circuit Rule 36.

**Continuances of oral argument will not be granted except in highly extraordinary circumstances.** The Sixth Circuit grants oral argument in civil and criminal cases when it has been requested by any counsel. If you originally requested argument but now wish to waive it, please notify the Court by means of a motion to that effect as soon as possible. Bear in mind that the Court may still want to have the case argued; do not assume that just by filing a motion to waive argument you are relieved of the requirement to appear at argument.

Sincerely yours,

Teresa Bertke
Calendar Deputy
(513) 564-7000
(513) 564-7099
CA06-Calendar_Deputy@ca6.uscourts.gov

Enclosure