UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRANK J. LAWRENCE, JR.,** )<br>)<br>   Plaintiff,     )<br>)<br>   v.       )<br>)<br>**MARK S. CARLIN,** *et al.*,   )<br>)<br>   Defendants.    )<br>_____ ) | Civil Action No. 07-288 (RCL) |

### ORDER

On May 11, 2007, after hearing oral argument, this Court denied plaintiff's original motion for a preliminary injunction from the bench. Plaintiff has renewed his motion but offers no additional material information to support his request. Thus, for the same reasons previously stated on the record, plaintiff's renewed motion for a preliminary injunction [22] is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 31, 2008.