**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRANK J. LAWRENCE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-288 (RCL) |
| | ) | |
| MARK S. CARLIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of defendants' motion [7] to dismiss plaintiff's amended complaint [6], plaintiff's opposition [13], defendants' reply [15], the applicable law, and the entire record herein, the Court concludes the doctrine of *Younger v. Harris*, 401 U.S. 37 (1971) requires it to abstain from consideration of plaintiff's claims at present, but under *Deakins v. Monaghan*, 484 U.S. 193 (1988), a stay, rather than dismissal, is appropriate.  Thus, it is hereby

ORDERED that defendants' motion to dismiss [7] is DENIED; and it is further

ORDERED that further proceedings in this case are STAYED pending further order. Defendants shall file a status report every 60 days until further order.  Promptly on receipt of any order from the U.S. Court of Appeals for the Sixth Circuit, plaintiff shall notify defendants as well as this Court.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 31, 2008.