UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANK J. LAWRENCE, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-00288 (RCL) |
| MARK S. CARLIN, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

STATUS REPORT

Pursuant to the Order of this Court dated March 31, 2008, the defendants herein provide a status report on this matter.

On June 3, 2008, the Sixth Circuit issued its opinion in *Lawrence v. Welch*, ___ F.3d ____, 2008 WL 2242529 (6th Cir. 2008), affirmed the trial court's decision, holding that plaintiff-appellant's claim for declaratory relief was barred by the Rooker-Feldman doctrine, the defendant officials had absolute immunity from the First Amendment retaliation claim for damages, and plaintiff-appellant's claim for prospective injunctive relief was not ripe.

Plaintiff has indicated that he intends to appeal the Sixth Circuit's decision to the Supreme Court if his pending petition for rehearing *en banc* is denied.

DATE: July 30, 2008            Respectfully submitted,

                                              PETER J. NICKLES
                                              Acting Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

                                                  /s/ Ellen A. Efros
                                              ELLEN A. EFROS, D.C. Bar No. 250746
                                              Chief, Equity Section I

441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 30, 2008, copies of the foregoing Status Report and all accompanying documents were filed with the Court's Electronic Case Filing system, sent electronically to flawrence1@hotmail.com, and sent by U.S. Mail, first-class, postage-prepaid, to:

Frank J. Lawrence, Jr.
941 Westview Road
Bloomfield Hills, MI 48304

        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987